IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPONA, LTD,<br><br>        Plaintiff,<br><br>  v.<br><br>MIRACLECORP OF AUSTRALIA,<br><br>        Defendant.<br>                                      / | No. C 07-00800 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 12, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 16, 2007.

DESIGNATION OF EXPERTS: 11/26/07; REBUTTAL: 1/15/08.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 8, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by February 29, 2008;

    Opp. Due March 14, 2008;  Reply Due March 21, 2008;

    and set for hearing no later than April 4, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 20, 2008 at 3:30 PM.

JURY TRIAL DATE: June 2, 2008 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By June 29, 2007, counsel shall select some form of ADR procedure.  ADR shall be completed by September 2007.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                            /s/ Susan Illston
                                                                    SUSAN ILLSTON
                                                                      United States District Judge