| | |
|---|---|
| 1 | Richard J. Mooney (CA State Bar No. 176486) |
| 2 | HOLME ROBERTS & OWEN LLP<br>560 Mission St. #2500 |
| 3 | San Francisco, CA 94105 |
| 4 | Telephone: (415) 268-2000<br>richard.mooney@hro.com |
| 5 | Attorneys for Defendant Miraclecorp Products |
| 6 | Lynn E. Rzonca (PA Bar No. 86747) |
| 7 | (Appearing *Pro Hac Vice*) |
| | Roberta Jacobs-Meadway (PA Bar No. 21214) |
| 8 | (Appearing *Pro Hac Vice*) |
| 9 | Steven D. Kim (PA Bar No. 203459)<br>(Appearing *Pro Hac Vice*) |
| 10 | BALLARD SPAHR ANDREWS & INGERSOLL LLP<br>1735 Market St., 51st Floor |
| 11 | Philadelphia, PA 19103 |
| 12 | Telephone: (215) 665-8500<br>rzoncal@ballardspahr.com |
| 13 | Attorneys for Plaintiff Epona, Ltd. |

UNITED STATES DISTRICT COURT OF CALIFORNIA

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Epona, Ltd., a Delaware corporation, | CASE NO. C 07-0800 SI |
| Plaintiff, | Stipulated Request To Continue Case Management Conference in Light of Settlement |
| v. | |
| MiracleCorp Products (incorrectly named as Miraclecorp of Australia, an Ohio corporation d/b/a GROOMA.COM), | Date: October 12, 2007<br>Time: 2:30 p.m.<br>Judge: Hon. Susan Illston<br>Crtrm: 10 |
| Defendant. | |

---

Stipulated Request for Case Management Conference Continuance
*Epona, Ltd. v. MiracleCorp Products*, Case No. C 07-0800 SI

#33035 v1

The parties to this action have reached an agreement in principle to settle and dismiss this action. A settlement agreement has been drafted and signed by plaintiff and is in the process of being signed by defendant. Subsequent to that signature, which should be obtained within the next several days, a dismissal with prejudice will be filed. In light of these facts, the parties respectfully request that the Court continue the CMC currently scheduled for October 12 to November 9 or some other date convenient to the Court, such that the parties will not be obligated to file CMC Statements tomorrow, October 5.

The parties thank the Court for its consideration.

Dated: October 4, 2007        HOLME ROBERTS & OWEN LLP

                              By: /s/ Richard Mooney
                              Richard J. Mooney
                              Attorneys for Defendant MiracleCorp Products

Dated: October 4, 2007        BALLARD SPAHR ANDREWS & INGERSOLL LLP

                              By:        /s/
                              Lynn E. Rzonca
                              Attorneys for Plaintiff Epona Ltd.

IT IS SO ORDERED.

By: The cmc is continued to 11/9/07 @ 2:30 p.m.

/s/ Susan Illston
Honorable Susan Illston
United States District Judge

---

1
Stipulated Request for Case Management Conference Continuance
*Epona, Ltd. v. MiracleCorp Products*, Case No. C 07-0800 SI

#33035 v1